B6B (Official Form 6B) (12/07)

IN RE **Jessie, James Earl & Jessie, Roberta Jewell**                        Case No. **12-56176**
_____
Debtor(s)                                                                                    (If known)

# AMENDED SCHEDULE B - PERSONAL PROPERTY

   Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

   **Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

   If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | **Cash on hand** | J | 20.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account through Kemba Financial Credit Union** | J | 10.00 |
| | | **Savings account through Kemba Financial Credit Union** | J | 10.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | | **Household goods** | J | 700.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **Wearing apparel** | J | 100.00 |
| 7.  Furs and jewelry. | | **Misc. jewelry** | J | 200.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issue. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **SERS through prior employer** | H | 4,611.28 |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Jessie, James Earl & Jessie, Roberta Jewell**                          Case No. **12-56176**

Debtor(s)                                                                    (If known)

## AMENDED SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2000 Mercury Marquis -- acquired on 09/07/2010 -- approx. 200,000 miles - intnent is to surrender** | **H** | **1,500.00** |
| | | **2004 Chrysler Town And Country -- acquired on 10/24/2014** | **H** | **5,595.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | **One (1) dog** | **J** | **25.00** |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Jessie, James Earl & Jessie, Roberta Jewell**                    Case No. **12-56176**
_____                          _____
                          Debtor(s)                                        (If known)

## AMENDED SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **12,771.28** |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (04/13)

Case No. **12-56176**

IN RE **Jessie, James Earl & Jessie, Roberta Jewell**
_____
Debtor(s)                                           (If known)

## AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:                    ☐ Check if debtor claims a homestead exemption that exceeds $155,675. *
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---:|---:|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Cash on hand** | R.C. § 2329.66(A)(3) | 20.00 | 20.00 |
| **Checking account through Kemba Financial Credit Union** | R.C. § 2329.66(A)(3) | 10.00 | 10.00 |
| **Savings account through Kemba Financial Credit Union** | R.C. § 2329.66(A)(3) | 10.00 | 10.00 |
| **Household goods** | R.C. § 2329.66(A)(4)(a) | 700.00 | 700.00 |
| **Misc. jewelry** | R.C. § 2329.66(A)(4)(b) | 200.00 | 200.00 |
| **SERS through prior employer** | R.C. § 2329.66(A)(10)(a) | 4,611.28 | 4,611.28 |
| **2004 Chrysler Town And Country -- acquired on 10/24/2014** | R.C. § 2329.66(A)(2) | 3,675.00 | 5,595.00 |
| **One (1) dog** | R.C. § 2329.66(A)(18) | 25.00 | 25.00 |

*Amount subject to adjustment on 4/1/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE Jessie, James Earl & Jessie, Roberta Jewell                        Case No. **12-56176**
_____
              Debtor(s)                                                    (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**AEP Ohio<br>PO Box 24418<br>Canton, OH 44701-4418** | | J | **utilities bill** | | | | **3,500.00** |
| ACCOUNT NO.<br><br>**AEP Ohio<br>P.O. Box 24401<br>Canton, OH 44701-4401** | | | **Assignee or other notification for:<br>AEP Ohio** | | | | |
| ACCOUNT NO.<br><br>**AEP Ohio<br>P.O. Box 24404<br>Canton, OH 44701** | | | **Assignee or other notification for:<br>AEP Ohio** | | | | |
| ACCOUNT NO.<br><br>**Avon Products Inc.<br>PO Box 105541<br>Atlanta, GA 30348** | | J | **misc. debt** | | | | **123.00** |

**12** continuation sheets attached

Subtotal
(Total of this page) $ **3,623.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Jessie, James Earl & Jessie, Roberta Jewell                                   Case No. **12-56176**
_____
                    Debtor(s)                                                                    (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **LTD Financial Services** <br> **Rep For Avon** <br> **7322 Southwest Freeway, Ste 1600** <br> **Houston, TX  77074** | | | Assignee or other notification for: <br> **Avon Products Inc.** | | | | |
| ACCOUNT NO. <br> **Bexley Public Library** <br> **2411 E. Main Street** <br> **Columbus, OH  43209** | | J | | | | | **0.00** |
| ACCOUNT NO. <br> **Unique National Collection** <br> **Rep For Bexley Public Library** <br> **119 E Maple St** <br> **Jeffersonville, IN  47130** | | | Assignee or other notification for: <br> **Bexley Public Library** | | | | |
| ACCOUNT NO. <br> **Capital One Services Inc.** <br> **140 E Shore Dr 12017-0380** <br> **Glen Allen, VA  23059** | | J | **notice of bk filing** | | | | **unknown** |
| ACCOUNT NO. <br> **Weltman Weinberg & Reis** <br> **Rep For Capital One Services** <br> **323 Lakeside Avenue, West** <br> **Cleveland, OH  44113** | | | Assignee or other notification for: <br> **Capital One Services Inc.** | | | | |
| ACCOUNT NO. <br> **Weltman Weinberg & Reis** <br> **Rep For Capital One Services** <br> **175 South 3rd Street, Suite 900** <br> **Columbus, OH  43215-5166** | | | Assignee or other notification for: <br> **Capital One Services Inc.** | | | | |
| ACCOUNT NO. <br> **Weltman Weinberg & Reis** <br> **Rep For Capital One Services** <br> **3705 Marlane Drive** <br> **Grove City, OH  43123** | | | Assignee or other notification for: <br> **Capital One Services Inc.** | | | | |

Sheet no. ___**1**___ of ___**12**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Jessie, James Earl & Jessie, Roberta Jewell                    Case No. **12-56176**
_____
Debtor(s)                                          (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Capital One Services, LLC <br> PO Box 30285 <br> Salt Lake City, UT  84130-0285** | | | **Assignee or other notification for: <br> Capital One Services Inc.** | | | | |
| ACCOUNT NO. <br><br> **Cashland Financial Services Inc. <br> 17 Triangle Park Drive <br> Cincinnati, OH  45246** | | J | **Judgment -- Franklin County Municipal Court -- Case No. 2009 CVF 022318** | | | | **825.00** |
| ACCOUNT NO. <br><br> **Andrea Otto <br> Rep For Cashland Fiancial Services <br> 17 Triangle Park Drive <br> Cincinnati, OH  45246** | | | **Assignee or other notification for: <br> Cashland Financial Services Inc.** | | | | |
| ACCOUNT NO. <br><br> **Child Care Consultants <br> 29 N. Duke Street <br> York, PA  17401** | | J | **medical bill** | | | | **130.00** |
| ACCOUNT NO. <br><br> **Choice Recovery Inc. <br> Rep For Child Care Consultants <br> PO Box 20790 <br> Columbus, OH  43220** | | | **Assignee or other notification for: <br> Child Care Consultants** | | | | |
| ACCOUNT NO. <br><br> **Choice Recovery Inc. <br> Rep For Child Care Consultants <br> 1550 Old Henderson Road <br> Columbus, OH  43220** | | | **Assignee or other notification for: <br> Child Care Consultants** | | | | |
| ACCOUNT NO. <br><br> **Citibank <br> PO Box 9438 <br> Gaithersburg, MD  20898-9438** | | J | **student loan obligation** <br><br> **Judgment -- Franklin County Municipal Court -- Case No. 2010 CVF 048765** | | | | **10,000.00** |

Sheet no. **2** of **12** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $  **10,955.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Jessie, James Earl & Jessie, Roberta Jewell

Debtor(s)

Case No. 12-56176

(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Citibank<br>701 E 60th St North<br>Sioux Falls, SD  57104 | | | Assignee or other notification for:<br>Citibank | | | | |
| ACCOUNT NO.<br>Javitch, Block & Rathbone<br>Rep For Citibank<br>140 E Town St, Ste 1250<br>Columbus, OH  43215 | | | Assignee or other notification for:<br>Citibank | | | | |
| ACCOUNT NO.<br>Columbia Gas<br>P.O. Box 16581<br>Columbus, OH  43216-6581 | | J | utilities bill | | | | 1,000.00 |
| ACCOUNT NO.<br>Columbia Gas<br>PO Box 742510<br>Cincinnati, OH  45274-2510 | | | Assignee or other notification for:<br>Columbia Gas | | | | |
| ACCOUNT NO.<br>Columbia Gas<br>PO Box 2318<br>Columbus, OH  43216 | | | Assignee or other notification for:<br>Columbia Gas | | | | |
| ACCOUNT NO.<br>Columbia Gas Of Ohio<br>Revenue Recovery<br>200 Civic Center Drive 8th Floor<br>Columbus, OH  43215 | | | Assignee or other notification for:<br>Columbia Gas | | | | |
| ACCOUNT NO.<br>Columbus Metropolitan Library<br>96 South Grant Ave.<br>Columbus, OH  43215 | | J | notice to bk filing | | | | unknown |

Sheet no. __3__ of __12__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ 1,000.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE  Jessie, James Earl & Jessie, Roberta Jewell                          Case No. **12-56176**
_____
                  Debtor(s)                                                              (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Unique National Collection<br>Rep For Columbus Metropolitan Library<br>119 E Maple St<br>Jeffersonville, IN  47130** | | | Assignee or other notification for:<br>**Columbus Metropolitan Library** | | | | |
| ACCOUNT NO.<br><br>**Corporate America Family Credit Union<br>2075 Timber Rd<br>Elgin, IL  60123** | | J | misc. debt | | | | **8,061.00** |
| ACCOUNT NO.<br><br>**NCO Financial Systems<br>Rep For Corporate America Family<br>POB 15372<br>Wilmington, DE  19820** | | | Assignee or other notification for:<br>**Corporate America Family Credit Union** | | | | |
| ACCOUNT NO.<br><br>**Credit Protection<br>PO Box 802068<br>Dallas, TX  75380** | | J | misc. debt. | | | | **355.00** |
| ACCOUNT NO.<br><br>**Dish Network<br>P.O. Box 105169<br>Atlanta, GA  30348-5169** | | J | misc. debt | | | | **603.00** |
| ACCOUNT NO.<br><br>**Dish Network<br>9601 S. Meridian Blvd<br>Englewood, CO  80112** | | | Assignee or other notification for:<br>**Dish Network** | | | | |
| ACCOUNT NO.<br><br>**FFCC<br>PO Box 3521<br>Columbus, OH  43229-7517** | | J | misc. debt | | | | **301.00** |

Sheet no. **4** of **12** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **9,320.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Jessie, James Earl & Jessie, Roberta Jewell**                                    Case No. **12-56176**
_____                                    _____
                    Debtor(s)                                                            (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Home Shopping Network**<br>**1 HSN Drive**<br>**St. Petersburg, FL  33729** | | J | misc. debt | | | | **273.00** |
| ACCOUNT NO.<br>**CPS Secuity**<br>**Rep For HSN**<br>**PO Box 782408**<br>**San Antonio, TX  78278** | | | Assignee or other notification for:<br>**Home Shopping Network** | | | | |
| ACCOUNT NO.<br>**Huntington Bank**<br>**Special Collections Dept**<br>**P.O. Box 1558**<br>**Columbus, OH  43216** | | J | misc. debt | | | | **350.00** |
| ACCOUNT NO.<br>**Huntington National Bank**<br>**2361 Morse Road**<br>**Columbus, OH  43229** | | | Assignee or other notification for:<br>**Huntington Bank** | | | | |
| ACCOUNT NO.<br>**Tate & Kirlin Associates**<br>**Rep. For Huntington Bank**<br>**2810 Southampton Road**<br>**Philadelphia, PA  19154-1207** | | | Assignee or other notification for:<br>**Huntington Bank** | | | | |
| ACCOUNT NO.<br>**Medicredit**<br>**3620 I-70 Drive  SE STE C**<br>**Columbia, MO  65201** | | J | misc. debt. | | | | **134.00** |
| ACCOUNT NO.<br>**Mount Carmel Health**<br>**6150 E. Broad Street**<br>**Columbus, OH  43213-1574** | | J | medical bill | | | | **40.00** |

Sheet no. _____ **5** of _____ **12** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **797.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Jessie, James Earl & Jessie, Roberta Jewell                     Case No. **12-56176**
_____
Debtor(s)                                                          (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Mount Carmel<br>6001 East Broad Street<br>Columbus, OH 43213** | | | **Assignee or other notification for:<br>Mount Carmel Health** | | | | |
| ACCOUNT NO.<br>**Mount Carmel Health<br>PO Box 89458<br>Cleveland, OH 44101** | | | **Assignee or other notification for:<br>Mount Carmel Health** | | | | |
| ACCOUNT NO.<br>**JP Recovery Services, Inc.<br>Rep For Mount Carmel Health<br>PO Box 16749<br>Rocky River, OH 44116** | | | **Assignee or other notification for:<br>Mount Carmel Health** | | | | |
| ACCOUNT NO.<br>**Mount Carmel East Hospital<br>417 Bridge Street<br>Danville, VA 24541-1403** | | | **Assignee or other notification for:<br>Mount Carmel Health** | | | | |
| ACCOUNT NO.<br>**Rossman & Co<br>Rep For Mount Carmel Hospital<br>5500 New Albany Rd.<br>New Albany, OH 43054** | | | **Assignee or other notification for:<br>Mount Carmel Health** | | | | |
| ACCOUNT NO.<br>**Rossman & Co<br>Rep For Mount Carmel Health<br>PO Box 2051<br>New Albany, OH 43054** | | | **Assignee or other notification for:<br>Mount Carmel Health** | | | | |
| ACCOUNT NO.<br>**Mount Carmel Lab Services<br>Lockbox 932765<br>Cleveland, OH 44193** | | **J** | **medical bill** | | | | **85.00** |

Sheet no. **6** of **12** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **85.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Jessie, James Earl & Jessie, Roberta Jewell                          Case No. **12-56176**
_____                                   _____
            Debtor(s)                                                          (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**PCB**<br>**Rep For Mount Carmel Lab Op**<br>**PO Box 2051**<br>**New Albany, OH  43054** | | | Assignee or other notification for:<br>**Mount Carmel Lab Services** | | | | |
| ACCOUNT NO.<br>**Physicians Credit Bureau**<br>**Rep For Mount Carmel Lab Op**<br>**3592 Corporate Drive - Suite 105**<br>**Columbus, OH  43231** | | | Assignee or other notification for:<br>**Mount Carmel Lab Services** | | | | |
| ACCOUNT NO.<br>**Mount Carmel Medical Group**<br>**PO Box 951464**<br>**Cleveland, OH  44193** | | J | medical bill | | | | **92.00** |
| ACCOUNT NO.<br>**Mount Carmel Medical Group**<br>**PO Box 69**<br>**Nashport, OH  43830-0069** | | | Assignee or other notification for:<br>**Mount Carmel Medical Group** | | | | |
| ACCOUNT NO.<br>**Medicredit**<br>**Rep. For Mount Carmel Medical Group**<br>**PO Box 1629**<br>**Maryland Heights, MO  63043** | | | Assignee or other notification for:<br>**Mount Carmel Medical Group** | | | | |
| ACCOUNT NO.<br>**Mount Carmel Physicians**<br>**PO Box 634323**<br>**Cincinnati, OH  45263** | | J | medical bill | | | | **14.00** |
| ACCOUNT NO.<br>**Mount Carmel Physicians**<br>**PO Box 69**<br>**Nashport, OH  43830-0069** | | | Assignee or other notification for:<br>**Mount Carmel Physicians** | | | | |

Sheet no. ___**7**___ of ___**12**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $   **106.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Jessie, James Earl & Jessie, Roberta Jewell                                   Case No. **12-56176**
_____                           _____
                         Debtor(s)                                                    (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Physicians Credit Bureau**<br>**Rep For Mount Carmel Hospital**<br>**3592 Corporate Drive - Suite 105**<br>**Columbus, OH  43231** | | | Assignee or other notification for:<br>**Mount Carmel Physicians** | | | | |
| ACCOUNT NO.<br>**PCB**<br>**Rep For Mount Carmel East Hospital**<br>**PO Box 2051**<br>**New Albany, OH  43054** | | | Assignee or other notification for:<br>**Mount Carmel Physicians** | | | | |
| ACCOUNT NO.<br>**Orthopedic One**<br>**170 Taylor Station Road**<br>**Columbus, OH  43213-4441** | | J | medical bill | | | | 41.00 |
| ACCOUNT NO.<br>**Orthopedic ONE**<br>**4605 Sawmill Road**<br>**Upper Arlington, OH  43220-2246** | | | Assignee or other notification for:<br>**Orthopedic One** | | | | |
| ACCOUNT NO.<br>**Payday One**<br>**PO Box 101808**<br>**Fort Worth, TX  76185** | | J | misc. debt | | | | 391.00 |
| ACCOUNT NO.<br>**Lighthouse Recovery Associates LLC**<br>**Rep For  Payday One**<br>**11551 E Apapahoe Rd**<br>**Centennial, CO  80112** | | | Assignee or other notification for:<br>**Payday One** | | | | |
| ACCOUNT NO.<br>**Progressive Casuality Insurance Company**<br>**P.O. Box 89480**<br>**Cleveland, OH  44101** | | J | misc. debt | | | | 140.00 |

Sheet no.   **8** of   **12** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 572.00

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Jessie, James Earl & Jessie, Roberta Jewell

Debtor(s)

Case No. **12-56176**

(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Progressive Direct Insurance Company**<br>**P.O. Box 31260**<br>**Tampa, FL  33631** | | | **Assignee or other notification for:**<br>**Progressive Casualty Insurance Company** | | | | |
| ACCOUNT NO.<br><br>**Progressive**<br>**PO Box 182009**<br>**Columbus, OH  43218-2009** | | | **Assignee or other notification for:**<br>**Progressive Casualty Insurance Company** | | | | |
| ACCOUNT NO.<br><br>**Credit Collection Services**<br>**Rep For Progressive**<br>**PO Box 55126**<br>**Boston, MA  02205** | | | **Assignee or other notification for:**<br>**Progressive Casualty Insurance Company** | | | | |
| ACCOUNT NO.<br><br>**Credit Collection Services**<br>**Rep For Progressive Insurance**<br>**PO Box 9134**<br>**Needham, MA  02494-9134** | | | **Assignee or other notification for:**<br>**Progressive Casualty Insurance Company** | | | | |
| ACCOUNT NO.<br><br>**NCO Financial**<br>**Rep For Progressive Insurance**<br>**PO Box 15636**<br>**Wilmington, DE  19850** | | | **Assignee or other notification for:**<br>**Progressive Casualty Insurance Company** | | | | |
| ACCOUNT NO.<br><br>**Radiology Inc.**<br>**Department L-647**<br>**Columbus, OH  43260** | | J | **Medical bill** | | | | **1,140.00** |
| ACCOUNT NO.<br><br>**Radiology Incorporated**<br>**PO Box 182504**<br>**Columbus, OH  43218** | | | **Assignee or other notification for:**<br>**Radiology Inc.** | | | | |

Sheet no. **9** of **12** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ | **1,140.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Jessie, James Earl & Jessie, Roberta Jewell
_____
                    Debtor(s)

Case No. **12-56176**
                  (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Radiology Incorporated**<br>**10567 Sawmill Parkway, Suite 100**<br>**Powell, OH  43065-6671** | | | **Assignee or other notification for:**<br>**Radiology Inc.** | | | | |
| ACCOUNT NO.<br>**Sallie Mae**<br>**PO Box 9635**<br>**Wilkes Barre, PA  18773** | | J | **student loan obligation** | | | | **50,000.00** |
| ACCOUNT NO.<br>**US Department Of Education**<br>**401 S State St Rm 700F**<br>**Chicago, IL  60605** | | | **Assignee or other notification for:**<br>**Sallie Mae** | | | | |
| ACCOUNT NO.<br>**Sallie Mae**<br>**11100 USA Parkway**<br>**Fishers, IN  46037** | | | **Assignee or other notification for:**<br>**Sallie Mae** | | | | |
| ACCOUNT NO.<br>**Chase Manhattan Bank**<br>**PO Box 52176**<br>**Phoenix, AZ  85072-2176** | | | **Assignee or other notification for:**<br>**Sallie Mae** | | | | |
| ACCOUNT NO.<br>**American Student Assistant**<br>**Rep For Chase Manhatten Bank**<br>**100 Cambridge Street STE 1600**<br>**Boston, MA  02114-2518** | | | **Assignee or other notification for:**<br>**Sallie Mae** | | | | |
| ACCOUNT NO.<br>**ECMC**<br>**1 Imation Pl**<br>**Oakdale, MN  55128** | | | **Assignee or other notification for:**<br>**Sallie Mae** | | | | |

Sheet no. **10** of **12** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **50,000.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Jessie, James Earl & Jessie, Roberta Jewell _____ Case No. **12-56176**
_____Debtor(s)_____                                              (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Sprint<br>PO Box 88026<br>Chicago, IL 60680-1206** | | J | misc. debt | | | | **250.00** |
| ACCOUNT NO.<br>**Sprint<br>PO Box 4191<br>Carol Stream, IL 60197-4191** | | | Assignee or other notification for:<br>Sprint | | | | |
| ACCOUNT NO.<br>**Sprint<br>PO Box 57547<br>Jacksonville, FL 32241** | | | Assignee or other notification for:<br>Sprint | | | | |
| ACCOUNT NO.<br>**SST/CAFU<br>4315 Pickett Rd.<br>St. Joseph, MO 64503** | | J | misc. debt | | | | **4,486.00** |
| ACCOUNT NO.<br>**Sutton Square Partners LLC<br>1789 Elaine Rd<br>Columbus, OH 43227** | | J | notice of bk filing | | | | **unknown** |
| ACCOUNT NO.<br>**Dana & Pariser CO LPA<br>Rep For Sutton Square Partners LLC<br>150 E. Mound St, Ste 308<br>Columbus, OH 43215** | | | Assignee or other notification for:<br>Sutton Square Partners LLC | | | | |
| ACCOUNT NO.<br>**The Cardinal Orthopedic Institute<br>170 Taylor Station Road<br>Columbus, OH 43213** | | J | medical bill | | | | **41.03** |

Sheet no. __**11**__ of __**12**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **4,777.03**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Jessie, James Earl & Jessie, Roberta Jewell                     Case No. **12-56176**
_____                    _____
                        Debtor(s)                                         (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Time Warner Cable**<br>**PO Box 0901**<br>**Carol Stream, IL  60132-0901** | | J | misc. debt | | | | **265.00** |
| ACCOUNT NO.<br>**Time Warner Cable**<br>**1015 Olentangy River Road**<br>**Columbus, OH  43212-3148** | | | Assignee or other notification for:<br>Time Warner Cable | | | | |
| ACCOUNT NO.<br>**Time Warner Communications**<br>**PO Box 2553**<br>**Columbus, OH  43215** | | | Assignee or other notification for:<br>Time Warner Cable | | | | |
| ACCOUNT NO.<br>**Credit Protection Association**<br>**Rep For Time Warner Cable**<br>**13355 Noel Rd, Ste 2100**<br>**Dallas, TX  75240** | | | Assignee or other notification for:<br>Time Warner Cable | | | | |
| ACCOUNT NO.<br>**Unique National Collection**<br>**119 E Maple St**<br>**Jeffersonville, IN  47130** | | J | misc. debt | | | | **168.00** |
| ACCOUNT NO.<br>**Weltman Weinberg & Reis**<br>**Rep For Capital One Esrvices Inc**<br>**3705 Marlane Drive**<br>**Grove City, OH  43123** | | J | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |

Sheet no. __**12**__ of __**12**__ continuation sheets attached to                              Subtotal      |$      **433.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims                       (Total of this page) |$

                                                                                                 Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) |$    **82,808.03**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **James Earl Jessie** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | **Roberta Jewell Jessie** |
| (Spouse, if filing) | First Name        Middle Name        Last Name |

United States Bankruptcy Court for the: Southern District of Ohio

Case number    **12-56176**
(If known)

Check if this is:

☑ An amended filing

☐ A supplement showing post-petition
chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form 6I

# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Employment |
|---|---|

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☐ Employed<br>☑ Not employed | ☐ Employed<br>☑ Not employed |
| Occupation | _____ | _____ |
| Employer's name | **Unemployed Seeking Employment** | **Unemployed Seeking Employment** |
| Employer's address | _____<br>Number   Street | _____<br>Number   Street |
| | _____ | _____ |
| | _____<br>City        State    ZIP Code | _____<br>City        State    ZIP Code |
| How long employed there? | _____ | _____ |

| Part 2: | Give Details About Monthly Income |
|---|---|

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2.  $    **0.00** | $    **0.00** |
| 3. | Estimate and list monthly overtime pay. | 3.  + $    **0.00** | + $    **0.00** |
| 4. | Calculate gross income. Add line 2 + line 3. | 4.  $    **0.00** | $    **0.00** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Debtor 1   **James Earl Jessie** _____   Case number (*if known*) **12-56176** _____
          First Name   Middle Name   Last Name

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| Copy line 4 here ................................................................ ➔ 4. | $ 0.00 | $ 0.00 |

5. **List all payroll deductions:**

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 0.00 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. **Other deductions.** Specify: _____ | 5h. | + $ 0.00 | + $ 0.00 |
| 6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h. | 6. | $ 0.00 | $ 0.00 |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $ 0.00 |

8. **List all other income regularly received:**

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ 1,213.33 |
| 8e. **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0.00 | $ 0.00 |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. **Other monthly income.** Specify: _____ | 8h. | + $ 0.00 | + $ 0.00 |
| 9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 0.00 | $ 1,213.33 |
| 10. **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 0.00 + | $ 1,213.33 = $ 1,213.33 |

11. **State all other regular contributions to the expenses that you list in *Schedule J.***

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____                                                                          11. + $ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
    Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data,* if it applies.   12. $ 1,213.33

    **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☐ No.
☑ Yes. Explain: | none |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **James Earl Jessie** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | **Roberta Jewell Jessie** |
| (Spouse, if filing) | First Name        Middle Name        Last Name |

United States Bankruptcy Court for the: Southern District of Ohio

Case number   **12-56176**
(If known)

Check if this is:

☑ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

## Official Form 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.
   ☑ Yes. **Does Debtor 2 live in a separate household?**
       ☑ No
       ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No
   ☑ Yes. Fill out this information for each dependent.........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Daugher** | **14** | ☐ No  ☑ Yes |
| **Son** | **12** | ☐ No  ☑ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

| | | | Your expenses |
|---|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | $ **659.00** |
| | **If not included in line 4:** | | |
| 4a. | Real estate taxes | 4a. | $ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. | $ 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. | $ 0.00 |
| 4d. | Homeowner's association or condominium dues | 4d. | $ 0.00 |

Debtor 1 __**James Earl Jessie**_____   Case number (*if known*) __**12-56176**_____
First Name    Middle Name    Last Name

|  | | Your expenses |
|---|---|---|

5. **Additional mortgage payments for your residence**, such as home equity loans  5.  $ _____**0.00**_____

6. **Utilities:**

   6a.  Electricity, heat, natural gas  6a.  $ _____**95.00**_____

   6b.  Water, sewer, garbage collection  6b.  $ _____**50.00**_____

   6c.  Telephone, cell phone, Internet, satellite, and cable services  6c.  $ _____**95.00**_____

   6d.  Other. Specify: __**Natural Gas**_____  6d.  $ _____**150.00**_____

7. **Food and housekeeping supplies**  7.  $ _____**500.00**_____

8. **Childcare and children's education costs**  8.  $ _____**0.00**_____

9. **Clothing, laundry, and dry cleaning**  9.  $ _____**50.00**_____

10. **Personal care products and services**  10.  $ _____**40.00**_____

11. **Medical and dental expenses**  11.  $ _____**50.00**_____

12. **Transportation.** Include gas, maintenance, bus or train fare.
Do not include car payments.  12.  $ _____**100.00**_____

13. **Entertainment, clubs, recreation, newspapers, magazines, and books**  13.  $ _____**0.00**_____

14. **Charitable contributions and religious donations**  14.  $ _____**0.00**_____

15. **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

   15a.  Life insurance  15a.  $ _____**0.00**_____

   15b.  Health insurance  15b.  $ _____**0.00**_____

   15c.  Vehicle insurance  15c.  $ _____**120.00**_____

   15d.  Other insurance. Specify:_____  15d.  $ _____**0.00**_____

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify: _____  16.  $ _____**0.00**_____

17. **Installment or lease payments:**

   17a.  Car payments for Vehicle 1  17a.  $ _____**280.00**_____

   17b.  Car payments for Vehicle 2  17b.  $ _____**0.00**_____

   17c.  Other. Specify:_____  17c.  $ _____**0.00**_____

   17d.  Other. Specify:_____  17d.  $ _____**0.00**_____

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from
your pay on line 5, *Schedule I, Your Income* (Official Form 6I).**  18.  $ _____**0.00**_____

19. **Other payments you make to support others who do not live with you.**
Specify:_____  19.

20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.***

   20a.  Mortgages on other property  20a.  $ _____**0.00**_____

   20b.  Real estate taxes  20b.  $ _____**0.00**_____

   20c.  Property, homeowner's, or renter's insurance  20c.  $ _____**0.00**_____

   20d.  Maintenance, repair, and upkeep expenses  20d.  $ _____**0.00**_____

   20e.  Homeowner's association or condominium dues  20e.  $ _____**0.00**_____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Debtor 1  **James Earl Jessie**
First Name    Middle Name    Last Name

Case number *(if known)* **12-56176**

21.  **Other**. Specify: **0** _____    21.  +$ _____ 0.00 _____

22.  **Your monthly expenses.** Add lines 4 through 21.
     The result is your monthly expenses.    22.  $ _____ 2,189.00 _____

23.  **Calculate your monthly net income.**

     23a.  Copy line 12 (*your combined monthly income*) from *Schedule I*.    23a.  $ _____ 1,213.33 _____

     23b.  Copy your monthly expenses from line 22 above.    23b.  – $ _____ 2,189.00 _____

     23c.  Subtract your monthly expenses from your monthly income.
           The result is your *monthly net income*.    23c.  $ _____ -975.67 _____

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**

     For example, do you expect to finish paying for your car loan within the year or do you expect your
     mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

     ☐ No.
     ☑ Yes.    **None**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 – Declaration) (12/07)

IN RE **Jessie, James Earl & Jessie, Roberta Jewell**                                    Case No. **12-56176**
_____                                    _____
Debtor(s)                                                                                                  (If known)

## AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**30** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **July 17, 2015**                    Signature: **/s/ James Earl Jessie**
                                                         **James Earl Jessie**                                                      Debtor

Date: **July 17, 2015**                    Signature: **/s/ Roberta Jewell Jessie**
                                                         **Roberta Jewell Jessie**                                   (Joint Debtor, if any)
                                                         [If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____                    _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer         Social Security No. (Required by 11 U.S.C. § 110.)
*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____                    _____
Signature of Bankruptcy Petition Preparer                                      Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____        Signature: _____

                                                              _____
                                                              (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only